**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Kyle Ryan Canavera** (Pro Hac Vice)
KCanavera@perkinscoie.com
**William Matthew Pierce** (Pro Hac Vice)
WPierce@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant*
*Suzhou Gstarsoft Co. Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE INTELLICAD TECHNOLOGY CONSORTIUM,<br>Plaintiff,<br>v.<br>SUZHOU GSTARSOFT CO. LTD.,<br>Defendant. | No. 3:19-cv-01963-SI<br>**DECLARATION OF KYLE R. CANAVERA IN SUPPORT OF MOTION TO RECONSIDER PROTECTIVE ORDER** |

I, Kyle R. Canavera, declare as follows:

1. I am an attorney at Perkins Coie LLP and am one of the attorneys representing Suzhou Gstarsoft Co. Ltd. in this matter. I make this declaration based on personal knowledge and am competent to testify to the matters herein.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript for the hearing that took place on August 10, 2020.

3. Attached as Exhibit 2 is a true and correct copy of David Lorenzo's LinkedIn Biography located at https://www.linkedin.com/in/dave-lorenzo-89b19b/. This exhibit was printed by staff of Perkins Coie LLP under my supervision.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Shawn Lindsay, taken on August 17, 2020.

5. Attached as Exhibit 4 is a true and correct copy of C. Berne email to K. Canavera and others dated September 4, 2020 regarding experts' biographies.

6. Attached as Exhibit 5 is a true and correct copy of the Commercial Membership Agreement dated January 1, 2013.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: September 21, 2020

*/s/ Kyle R. Canavera*
Kyle Canavera



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222