**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Kyle R. Canavera**, (Pro Hac Vice)
KCanavera@perkinscoie.com
**William Matthew Pierce** (Pro Hac Vice)
WPierce@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant*
*Suzhou Gstarsoft Co. Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

THE INTELLICAD TECHNOLOGY CONSORTIUM,

Plaintiff,

v.

SUZHOU GSTARSOFT CO. LTD.,

Defendant.

No. 3:19-cv-01963-SI

**SUPPLEMENTAL DECLARATION OF KYLE R. CANAVERA IN SUPPORT OF MOTION TO RECONSIDER PROTECTIVE ORDER**

I, Kyle R. Canavera, declare as follows:

1. I am an attorney at Perkins Coie LLP and am one of the attorneys representing Suzhou Gstarsoft Co. Ltd. in this matter. I make this declaration based on personal knowledge and am competent to testify to the matters herein.

2. Attached as Exhibit 1 are true and correct copies of excerpts of the transcript for the Motion to Dismiss hearing that took place on June 5, 2020.

3. Attached as Exhibit 2 are true and correct copies of excerpts from the Motion for Protective Order hearing that took place on August 10, 2020. Previous pages submitted to the court from this transcript are referenced in the Reply brief as "ECF 51-1p. _", Declaration of Kyle R. Canavera in Support of Motion to Reconsider Protective Order, filed September 21, 2020.

4. Attached as Exhibit 3 is a true and correct copy of an email dated August 21, 2014 from the ITC Chairman regarding Notice of ITC Audit for GstarCAD 8.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: October 19, 2020

By: /s/ Kyle R. Canavera
Kyle Canavera



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222