**Julia E. Markley**，OSB 编号 000791
JMarkley@perkinscoie.com
**Sasha Petrova**，OSB 编号 154008
SPetrova@perkinscoie.com
**Kyle Ryan Canavera** (*Pro Hac Vice*)
KCanavera@perkinscoie.com
**William Matthew Pierce**（仅限本案）
WPierce@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
电话：503.727.2000
传真：503.727.2222

*被告律师*
*Suzhou Gstarsoft Co., Ltd.*

美国俄勒冈州

波特兰区

地方法院

| | |
|---|---|
| THE INTELLICAD TECHNOLOGY CONSORTIUM,<br><br>原告，<br><br>诉<br><br>SUZHOU GSTARSOFT CO. LTD.,<br><br>被告。 | 编号 3:19-cv-01963-SI<br><br>**JIANG LIANG 的声明，<br>以支持强制动议和获取保护令** |

我是 Jiang Liang，特此做出以下声明：

1. 我是 Suzhou Gstarsoft Co. Ltd. （“Gstar”）平台软件研发中心的总经理。我基于个人知识作出此声明，并有能力就本声明中所述事项作证。

2. Gstar 生产计算机辅助设计（“CAD”）软件，这是一种用于创建二维和三维设计的技术，例如用于建筑设计、建筑蓝图和工业产品设计。

3. 我 1992 年被 Gstar 聘用，并且从 2001 年起担任 Gstar 平台软件研发中心总经理。

4. 我没有访问过 IntelliCAD 源代码，我不知道它的大小。然而，基于我对 CAD 平台软件的专业知识和经验，我预计每个版本的 IntelliCAD 源代码至少有 500,000 行代码。

5. Gstar 的 CAD 平台软件 GstarCAD 和 ITC 的 CAD 平台软件 IntelliCAD 在市场上都被称为"AutoCAD 相似产品"或"AutoCAD 替代品"。AutoCAD 相似产品是为了替代 AutoCAD 而设计的 CAD 程序，而 AutoCAD 是 Autodesk 开发的 CAD 平台软件。AutoCAD 是市场上最流行的 CAD 软件。AutoCAD 相似产品被设计来实现与 AutoCAD 相类似的功能，同时它的价格更便宜。

6. 基于我使用 CAD 平台软件的经验，AutoCAD 相似产品的开发人员经常使用 AutoCAD 的 ObjectARX 技术来开发自己的 AutoCAD 相似产品。ObjectARX 是 Autodesk 提供的一个"软件开发包"(SDK)，它提供资源来帮助程序员以与 AutoCAD 兼容的方式开发自己的软件。ObjectARX SDK 为 AutoCAD 提供了一个 API，第三方可以使用该 API 与 AutoCAD 软件进行互动，而 AutoCAD 本身也使用该 API 进行各种组件之间的互动。ObjectARX API 指定了针对几乎所有命令、系统变量、数据格式、API 和许多其他软件特性的框架和算法。为了获得与 AutoCAD 的最大兼容性，AutoCAD 相似产品的开发人员通常开发自己的软件，使其符合 ObjectARX API 中指定的细节。GstarCAD 就是如此，并且根据我的最佳回忆，我相信 IntelliCAD 也是如此。

7. 根据我使用 CAD 平台软件的经验，AutoCAD 相似产品的开发人员经常在他们的 AutoCAD 相似产品中使用开放设计联盟 (ODA) 提供的软件。ODA 是一个向其成员提供 CAD 相关软件的组织，提供了类似 ObjectARX 的 SDK 代码以解析 AutoCAD 图形数据和构建功能。因此，AutoCAD 相似产品开发人员可以使用 ObjectARX SDK 作为创建其产品的参考点。GstarCAD 使用 ODA 软件，并且根据我的最佳回忆，我相信



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
电话：503.727.2000
传真：503.727.2222

IntelliCAD 也使用 ODA 软件。Gstar 和 ITC 都是 ODA 的会员。

8. 根据我使用 CAD 平台软件的经验，AutoCAD 相似产品的开发人员经常在他们的 AutoCAD 相似产品中使用 Spatial Inc. 的 3D ACIS Modeler 软件。3D ACIS Modeler 提供了用于执行 3D 功能的 API，以支持三维实体构建。GstarCAD 使用 3D ACIS Modeler，而且根据我的最佳回忆，我相信 IntelliCAD 也使用 3D ACIS Modeler。据我了解，AutoCAD 也使用了 3D ACIS Modeler 来支持 3D 功能。

9. 根据我使用 CAD 平台软件的经验，AutoCAD 相似产品的开发人员经常使用微软公司的一款名为 Microsoft Foundation Class library (MFC) 的软件来为他们的 AutoCAD 相似产品创建用户界面功能。MFC 提供了一个应用程序编程框架来编写用户界面程序（例如，Windows GUI 应用程序），其中包括用户界面元素，如主窗口、菜单栏、状态栏、停靠面板和对话框。通常，这些用户界面元素的源代码是通过 Microsoft 的 Visual Studio 应用程序提供的 MFC 应用程序向导生成的。GstarCAD 使用 MFC 软件生成用户界面源代码，并且根据我的最佳回忆，我相信 IntelliCAD 也使用 MFC 软件来生成用户界面源代码。

10. 根据我使用 CAD 平台软件的经验，AutoCAD 相似产品的开发人员经常使用其他第三方资源来创建自己的 AutoCAD 相似产品。例如，一个常用来开发 AutoCAD 相似产品的工具是微软的组件对象模型 (COM) 技术。COM 为程序中软件组件之间的交互提供了一种方法。与 MFC 技术一样，COM 可以与一个向导应用程序（由微软提供）一起使用，以自动生成用于 AutoCAD 相似产品的源代码。MFC 与 COM 的不同之处在于，MFC 用于自动生成与用户界面功能（窗口、菜单等）相关的源代码，而 COM 用于自动生成与 AutoCAD 相似产品内部软件不同部分的交互相关的源代码。GstarCAD 使用 COM 软件来实现这个目的，而且根据我的最佳回忆，我相信 IntelliCAD 也这样做了。

11. 根据我的最佳回忆，GstarCAD 和 IntelliCAD 还都使用过其他第三方资源，



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
电话：503.727.2000
传真：503.727.2222

比如微软的 Visual Basic for Applications (VBA) 和微软的对象链接与嵌入 (OLE)。

12. 我明白 ITC 声称其"流程"和"工具"是其商业秘密。我不了解 ITC 所指的"流程"和"工具"。提及"流程"和"工具"的内容过于模糊，缺乏细节，这使我无法理解 ITC 声称 Gstar 不当使用了什么。

*我谨此声明，以上所述均真实正确，否则愿受美利坚合众国法律中伪证罪的处罚。*

日期：2020 年 10 月 22 日

Jiang Liang



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
电话：503.727.2000
传真：503.727.2222

**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Kyle Ryan Canavera** (*Pro Hac Vice*)
KCanavera@perkinscoie.com
**William Matthew Pierce** (*Pro Hac Vice*)
WPierce@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant*
*Suzhou Gstarsoft Co., Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

THE INTELLICAD TECHNOLOGY CONSORTIUM,

Plaintiff,

v.

SUZHOU GSTARSOFT CO. LTD.,

Defendant.

No. 3:19-cv-01963-SI

**DECLARATION OF JIANG LIANG IN SUPPORT OF MOTION TO COMPEL AND FOR PROTECTIVE ORDER**

I, Jiang Liang, declare as follows:

1. I am the General Manager of the Research and Development Center for Platform Software at Suzhou Gstarsoft Co. Ltd. ("Gstar"). I make this declaration based on personal knowledge and am competent to testify to the matters herein.

2. Gstar produces computer-aided-design ("CAD") software, which is a technology that is used to create two-dimensional and three-dimensional designs, such as for architectural designs, building blueprints, and industrial product designs.



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

3. I have served as General Manager of the Research and Development Center for Platform Software at Gstar since 2001 and have been employed by Gstar since 1992.

4. I have not accessed the IntelliCAD source code, and I do not know its size. However, based on my professional knowledge and experience with CAD platform software, I would expect that the IntelliCAD source code would be at least 500,000 lines of code per version.

5. Gstar's CAD platform software, GstarCAD, and ITC's CAD platform software, IntelliCAD, are both a type of product referred to in the market as an "AutoCAD workalike," or "AutoCAD alternative." AutoCAD workalikes are CAD programs that are designed to emulate AutoCAD, the CAD platform software developed by Autodesk. AutoCAD is the most popular CAD program in the market. AutoCAD workalikes are designed to emulate AutoCAD workalike functionality while being less expensive.

6. Based on my experience with CAD platform software, developers of AutoCAD workalikes often use AutoCAD's ObjectARX technologies to develop their AutoCAD workalikes. ObjectARX is a "software development kit" (SDK) provided by Autodesk that provides resources to help programmers develop their own software in an AutoCAD-compatible way. The ObjectARX SDK provides an API for AutoCAD that third-parties can use to interact with the AutoCAD software, and that AutoCAD itself uses for interactions between its various components. The ObjectARX API specifies the framework and algorithm for almost all commands, system variables, data formats, APIs, and many other software features. In order to obtain maximum compatibility with AutoCAD, developers of AutoCAD workalikes typically develop their own software so that it complies with the details specified in the ObjectARX API. This is true for GstarCAD, and based on my best recollection, I believe this is true for IntelliCAD.



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

7. Based on my experience with CAD platform software, developers of AutoCAD workalikes often use the software provided by the Open Design Alliance (ODA) in their AutoCAD workalikes. ODA is an organization that provides CAD-related software to its members, including SDK code similar to ObjectARX for AutoCAD drawing data analyzing and functionality building. So, AutoCAD workalike developers can use the ObjectARX SDK as a reference point to create their product. GstarCAD uses ODA software, and based on my best recollection, I believe IntelliCAD also uses ODA software. Both Gstar and ITC are members of ODA.

8. Based on my experience with CAD platform software, developers of AutoCAD workalikes often use software called 3D ACIS Modeler from Spatial Inc. in their AutoCAD workalikes. The 3D ACIS Modeler provides an API for performing 3D functions to support the construction of 3D solid. GstarCAD uses 3D ACIS Modeler, and based on my best recollection, I believe IntelliCAD also uses 3D ACIS Modeler. By my understanding, AutoCAD also uses 3D ACIS Modeler for supporting 3D functions.

9. Based on my experience with CAD platform software, developers of AutoCAD workalikes often use software called Microsoft Foundation Class library (MFC) from Microsoft Corp. to create user interface functionality for their AutoCAD workalikes. MFC provides an application programming framework to write user interface programs (e.g., Windows GUI Application), including user interface elements like a main window, menu bar, status bar, dock panel, and dialog boxes. Normally, the source code of these user interface elements is generated with the MFC application wizard provided by Microsoft's Visual Studio application. GstarCAD uses MFC software to generate user interface source code, and based on my best recollection, I believe IntelliCAD also uses MFC software to generate user interface source code.



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

10. Based on my experience with CAD platform software, developers of AutoCAD workalikes often use other third-party resources to create their AutoCAD workalikes. For example, a tool commonly used to develop AutoCAD workalikes is Microsoft's Component Object Model (COM) technology. COM provides a way for software components within a program to interact with one another. Like the MFC technology, COM can be used in conjunction with a wizard application (provided by Microsoft) to automatically generate source code to be used in the AutoCAD workalike. The difference between MFC and COM is that MFC is used to automatically generate source code related to user interface features (windows, menus, etc.) and COM is used to automatically generate source code related to the interaction of different parts of the software inside the AutoCAD workalike. GstarCAD uses COM software for this purpose, and based on my best recollection, I believe IntelliCAD does as well.

11. Based on my best recollection, there are other third-party resources that both GstarCAD and IntelliCAD use, such as Microsoft's Visual Basic for Applications (VBA) and Microsoft's Object Linking and Embedding (OLE).

12. I understand that ITC claims as its trade secrets its "processes" and "tools." I am unaware of the "processes" and "tools" to which ITC is referring. The reference to "processes" and "tools" is too vague and lacking of detail for me to understand what ITC claims that Gstar misappropriated.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct*.

DATED: October 22, 2020

[signature]
Jiang Liang



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

TRANSPERFECT

| | |
|---|---|
| **DATE OF TRANSLATION:** | 22-Oct-20 |
| **ELECTRONIC FILE NAME:** | Declaration of Jian Liang |
| **SOURCE LANGUAGE:** | Chinese (Simplified) |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0828014 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0