**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Kyle Ryan Canavera** (*Pro Hac Vice*)
KCanavera@perkinscoie.com
**William Matthew Pierce** (*Pro Hac Vice*)
WPierce@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant*
*Suzhou Gstarsoft Co., Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE INTELLICAD TECHNOLOGY CONSORTIUM,<br><br>Plaintiff,<br><br>v.<br><br>SUZHOU GSTARSOFT CO. LTD.,<br><br>Defendant. | No. 3:19-cv-01963-SI<br><br>**DECLARATION OF JULIA E. MARKLEY IN SUPPORT OF GSTAR'S MOTION TO COMPEL INTERROGATORY RESPONSES AND FOR A PROTECTIVE ORDER** |

I, Julia E. Markley, declare as follows:

1. I am an attorney at Perkins Coie LLP and am one of the attorneys representing Suzhou Gstarsoft Co. Ltd. ("Gstar") in this matter. I make this declaration based on personal knowledge and am competent to testify to the matters herein.

2. On June 25, 2020, the parties held a telephonic Rule 26(f) conference, which I attended.

3. Attached as Exhibit 1 is a true and correct copy of Defendant Gstar's First Set of Interrogatories (Nos. 1-10) to Plaintiff.

4. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Response to Defendant Gstar's First Set of Interrogatories (Nos. 1-10).

5. Attached as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the August 10, 2020, hearing regarding the Protective Order.

6. On September 4, 2020, I conferred by telephone with ITC counsel regarding ITC's responses to Gstar's interrogatories. During that conferral, I clarified that Gstar's Interrogatory No. 1 seeks identification of all trade secrets that ITC claims to have disclosed to Gstar, rather than trade secrets that ITC claims that Gstar misappropriated. I also communicated that Gstar's other interrogatories seek further details, including the names of the individuals and firms described in ITC's responses to Interrogatories Nos. 3-7 and 9. At the conclusion of that conferral, counsel for ITC requested additional time to consider Gstar's position with respect to trade secret identification but declined to provide further details in responses to Interrogatories Nos. 3-7 and 9.

7. Attached as Exhibit 4 is a true and correct copy of the email string dated September 14, 2020 from counsel for ITC to me regarding ITC's responses to Gstar's interrogatories.

8. Attached as Exhibit 5 is a true and correct copy of Plaintiff's First FRCP 34 Request to Inspect to Defendant.

9. Attached as Exhibit 6 is a true and correct copy of Gstar's Response to Plaintiff's First FRCP Request to Inspect Defendant.



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

10. On July 20, 2020, counsel for ITC and Gstar conferred regarding ITC's request that Gstar provide additional detail in the affirmative defenses alleged in Gstar's Answer, and I attended that conferral. Attached as Exhibit 7 is a true and correct copy of an email dated July 24, 2020 from my colleague to ITC counsel, on which I was copied.

11. Attached as Exhibit 8 is a true and correct copy of the website located at https://www.autodesk.com/products, printed on October 22, 2020, by my staff under my supervision.

12. Attached as Exhibit 9 is a true and correct copy of the website https://www.bricsys.com/estore/, printed on October 22, 2020, by my staff under my supervision.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: October 22, 2020

*s/ Julia E. Markley*
Julia E. Markley



**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222